1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ST. JUDE HOSPITAL, INC.,                Case No.  1:22-cv-00434-JLT-SKO

12              Plaintiff,                     ORDER DIRECTING THE CLERK OF
                                               COURT TO CLOSE THE CASE
13         v.
                                               (Doc. 13)
14    HCI SYSTEMS, INC.,

15
              Defendant.
16

17

18         On August 19, 2022, the parties filed a joint stipulation dismissing the action with prejudice.

19    (Doc. 13.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P.

20    41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been

21    dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

22
      IT IS SO ORDERED.
23

24    Dated:   **August 23, 2022**            /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28